## PROCTOR v. STATE.
### No. 15666.

Court of Criminal Appeals of Texas.
Nov. 9, 1932.

Russel A. Bonham, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for unlawfully carrying a pistol; punishment thirty days' confinement in the county jail.

No bills of exception or statement of facts are found in the record. The information is in proper form. There is nothing before this court for review.

The judgment is affirmed.